UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1–20,<br><br>Defendants. | Case No. 2:23-cv-01737-BJR<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE** |

Plaintiff Jacob Atkinson and Defendant Washington Fine Wine & Spirits, LLC have filed their Joint Stipulated Motion to Set Briefing Schedule related to Defendant Washington Fine Wine & Spirits, LLC's Combined Motion to Dismiss Pursuant to FRCP Rule 12(b)(6) and Motion to Strike Pursuant to FRCP Rule 12(f) ("Combined Motions to Dismiss and Strike") [Dkt. 8].

IT IS HEREBY ORDERED that the briefing schedule related to Defendant Washington Fine Wine & Spirits, LLC's Combined Motion to Dismiss and to Strike is as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Response | 12/11/2023 | 01/19/2024 |
| Defendant's Reply | 12/26/2023 | 02/02/2024 |

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE- 1
Case No. 2:23-cv-01737-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

IT IS HEREBY FURTHER ORDERED that the early case deadlines, including the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and the submission of the Joint Status Report be set as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| FRCP 26(f) Conference | 12/19/2023 | 01/26/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/26/2023 | 02/02/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 01/02/2024 | 02/09/2024 |

DATED: December 7, 2023.

*[signature]*

JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Adam T. Pankratz*
    Adam T. Pankratz WSBA # 50951
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Mathew A. Parker*
    Mathew A. Parker, OSBA #0093231
    (appearing *pro hac vice*)
    The KeyBank Building
    88 East Broad Street, Suite 2025
    Columbus, OH  43215
    Telephone:  (614) 494-0420
    Facsimile:  (614) 633-1455
    Email:  mathew.parker@ogletree.com

*Attorneys for Defendant Washington Fine Wine & Spirits, LLC*

ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE - 2
Case No. 2:23-cv-01737-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1  Approved as to Form; Presentation Waived:

2  EMERY | REDDY PLLC

3  By: */s/ Patrick B. Reddy*
    Timothy W. Emery, WSBA #34078
4      Patrick B. Reddy, WSBA #34092
    Paul Cipriani Jr., WSBA #59991
5      600 Stewart Street, Suite 1100
    Seattle, WA 98101-1269
6      Telephone: (206) 442-9106
7      Facsimile: (206) 441-9711
    Email:   emeryt@emeryreddy.com
8                  reddyp@emeryreddy.com
                paul@emeryreddy.com
9

10  *Attorneys for Plaintiff Jacob Atkinson*

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE - 3
Case No. 2:23-cv-01737-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058