1

2

3

4

5

6

The Honorable Barbara Rothstein

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

JACOB ATKINSON, individually and on
behalf of all others similarly situated,

No. 2:23-cv-01737

11

Plaintiff,

PLAINTIFF'S VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

12

v.

13

14

WASHINGTON FINE WINE & SPIRITS,
LLC., a Washington limited liability company
doing business as TOTAL WINE & MORE,

15

Defendant.

16

17

18

19

20

Pursuant to FRCP 41(a)(1)(i), plaintiff Jacob Atkinson, by and through his attorneys, Timothy W. Emery, Patrick B. Reddy and Paul Cipriani of Emery Reddy, PLLC hereby dismisses all claims against Defendant Washington Fine Wine & Spirits, LLC d/b/a Total Wine & More without prejudice and without an award of costs or attorney fees to either party.

21

///

22

///

23

///

24

25

PLAINTIFF'S VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE - 2:23-cv-01737

PAGE 1 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

DATED this 26ᵗʰ day of March, 2024.

RESPECTFULLY SUBMITTED:

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
Attorneys for Plaintiff

## **ORDER**

Based on the above, the Court hereby ORDERS that this action against Washington Fine

Wine & Spirits, LLC d/b/a Total Wine & More is dismissed without prejudice and without an

award of fees or costs to any party.

DATED this 27th day of <u>March</u>, 2024.

UNITED STATES DISTRICT JUDGE
BARBARA ROTHSTEIN

PLAINTIFF'S VOLUNTARY
DISMISSAL WITHOUT            PAGE 2 OF 4
PREJUDICE - 2:23-cv-01737

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

1

2 Presented by:

3 EMERY | REDDY, PLLC

4

5 By:*/s/ Timothy W. Emery*
By:*/s/ Patrick B. Reddy*

6 By:*/s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078

7 Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991

8 EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100

9 Seattle, WA 98101
Phone: (206) 442-9106

10 Fax: (206) 441-9711

11 emeryt@emeryreddy.com
reddyp@emeryreddy.com

12 paul@emeryreddy.com
Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S VOLUNTARY
DISMISSAL WITHOUT          PAGE 3 OF 4
PREJUDICE - 2:23-cv-01737

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

1

**CERTIFICATE OF SERVICE**

2

3
I hereby certify that on March 26, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

4

5
Adam T. Pankratz, WSBA #50951
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150

6
Seattle, WA 98101
Telephone: (206) 693-7057

7
Fax: (206) 693-7058
Email: adam.pankratz@ogletree.com

8

9
Mathew A. Parker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KeyBank Building

10
88 East Broad Street, Suite 2025
Columbus, OH 43215

11
Telephone: (614) 494-0420
Fax: (614) 633-1455

12
Email: mathew.parker@ogletree.com

13

14

15
_/s/ Jennifer Chong_____
Jennifer Chong, Legal Assistant

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S VOLUNTARY
DISMISSAL WITHOUT          PAGE 4 OF 4
PREJUDICE - 2:23-cv-01737

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711